JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE G., | ) | No. ED CV 18-764-PLA |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| NANCY BERRYHILL, DEPUTY COMMISSIONER OF OPERATIONS FOR THE SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for the award of benefits consistent with the Memorandum Opinion.

DATED: April 11, 2019

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE